**U.S. Department of Justice**

United States Attorney' Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*christopher.stratigeas@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2029*

November 19, 2026

**Via Electronic Filing**
Hon. Brian R. Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square, Courtroom 1
Newark, NJ 07102

**Re: *Durmaz v. U.S. Citizenship & Immigr. Servs., et al.*, Civ. No. 26-10930 (BRM)**
**First Extension Request on Consent**

Dear Judge Martinotti:

This Office represents the Federal Defendants in the above-referenced mandamus matter in which Plaintiff Hilmi Mirac Durmaz asks this Court to compel U.S. Citizenship and Immigration Services ("USCIS") and U.S. Department of Homeland Security (together, the "Federal Defendants") to adjudicate Plaintiff's Form N-400, Application for Naturalization. The Federal Defendants are in the process of negotiating with Plaintiff's counsel to resolve this matter without further judicial intervention.

To that end, Federal Defendants respectfully request an extension of time from **November 23, 2026, to January 6, 2027,** to further discuss potential resolution of this matter. Plaintiff's counsel consents to this request.

If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket.

Thank you very much for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Christopher Stratigeas*
CHRISTOPHER STRATIGEAS
Assistant United States Attorney
*Attorneys for Respondents*

cc: All counsel of record (*via electronic filing*)

SO ORDERED.

*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: NOV. 19, 2026